IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00378-BNB

PERCY BARRON,

Plaintiff,

v.

STEVEN NAFZIGER,
MAUREEN CRUZ,
R. WILEY,
HARRELL WATTS, and
MICHAEL NALLEY,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 3 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Percy Barron, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He initiated the instant action by filing *pro se* a civil rights complaint for money damages pursuant to ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (1993). Mr. Barron has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Supp. 2006) without payment of an initial partial filing fee.

The Court must construe the complaint liberally because Mr. Barron is representing himself. *See **Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the

*pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Barron will be ordered to file an amended complaint.

The complaint violates D.C.COLO.LCivR 10.1C. because Mr. Barron fails to leave margins that are one and a half inches at the top and one inch at the left, right, and bottom. By opting instead to write to the edges of the paper on the form provided, Mr. Barron increases the likelihood that words will be truncated, as they were on certain pages of his complaint, when the documents he files are scanned and docketed through the Court's electronic case filing system and, ultimately, that his claims will not be understood. The Court finds that the complaint does not meet the requirements of D.C.COLO.LCivR 10.1C. and that Mr. Barron should be given an opportunity to file an amended complaint. He will be directed to do so below. The clerk of the Court will be directed to mail to Mr. Barron, together with a copy of this order, a copy of D.C.COLO.LCivR 10.1.

Mr. Barron also is advised that he must provide sufficient copies of the amended complaint to serve each named Defendant. The Court will not make the copies necessary for service. Therefore, Mr. Barron should review his claims carefully to ensure that each named Defendant personally participated in the asserted constitutional violations. Accordingly, it is

ORDERED that Mr. Barron file **within thirty (30) days from the date of this order** an original and a copy of an amended complaint that complies with D.C.COLO.LCivR 10.1C. as discussed in this order. It is

FURTHER ORDERED that the amended complaint shall be titled "Amended Prisoner Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Barron, together with a copy of this order, a copy of D.C.COLO.LCivR 10.1C and two copies of the following form for use in submitting the amended complaint: Prisoner Complaint. It is

FURTHER ORDERED that Mr. Barron submit sufficient copies of the amended complaint to serve each named Defendant. It is

FURTHER ORDERED that, if Mr. Barron fails to file an original and sufficient copies of an amended complaint that complies with this order to the Court's satisfaction within the time allowed, the complaint and the action will be dismissed without further notice.

DATED May 22, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00378-BNB

Percy Barron
Reg. No. 04710-000
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER, two copies of Prisoner Complaint, and D.C.COLO.LCivR 10.1C** to the above-named individuals on 5/23/08

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk