IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00378-LTB-CBS

PERCY BARRON,
      Plaintiff,
v.

STEVEN NAFZIGER,
MAUREEN CRUZ,
R. WILEY,
HARRELL WATTS, and
MICHAEL NALLEY,
      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2008

GREGORY C. LANGHAM
                  CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This civil action is before the court for service of the Amended Prisoner Complaint (doc. # 13). Pursuant to the Order of Reference dated June 19, 2008 (doc. # 16), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters . . . ." On March 24, 2008, the court granted Plaintiff Barron leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 9). It is now

ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Amended Prisoner Complaint and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process on them, Defendants shall respond to the Amended Prisoner Complaint (doc. # 13) as provided for in the Federal

Rules of Civil Procedure.

Dated at Denver, Colorado this 30th day of June, 2008.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00378-LTB-CBS

Percy Barron
Reg. No. 04710-000
ADX - Florence
PO Box 8500
Florence, CO 81226

Steven Nafziger, Maureen Cruz,
and R. Wiley, – **WAIVER\***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Harrell Watts, and Michael Nalley

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

        I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals, and the following forms to Chris Synsvoll for service of process on  Steven
Nafziger, Maureen Cruz; to the United States Marshal Service for service of process on
Harrell Watts, and Michael Nalley; to The United States Attorney General; and to the
United States Attorney's Office: AMENDED COMPLAINT FILED 6/11/08, SUMMONS,
WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 6/30/08    .

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                    Deputy Clerk