IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-00378-CMA-CBS

PERCY BARRON,

    Plaintiff,

v.

STEVEN NAFZIEGER,
MAUREEN CRUZ,
R. WILEY,
HARRELL WATTS, and
MICHAEL NALLEY,

    Defendants.

---

## ORDER ADOPTING AND AFFIRMING OCTOBER 23, 2008 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

This matter is before the Court on Magistrate Judge Craig B. Shaffer's Report and Recommendation on Plaintiff Percy Barron's failure to respond to the Court's Order to Show Cause (Doc. # 31). Magistrate Judge Shaffer issued a Recommendation on October 23, 2008 (Doc. # 36), that the above reference matter be dismissed with prejudice for Mr. Barron's failure to comply with the Court's Order and Title 26 U.S.C. § 1915.

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation (Recommendation at 4-5). Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Applying this standard, the Court is satisfied that the Recommendation of Magistrate Judge Shaffer is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). The Court agrees that the above-referenced matter should be dismissed with prejudice for Plaintiff's failure to comply with the Court's Order. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Shaffer (Doc. # 36) dated October 23, 2008, is AFFIRMED and ADOPTED. In accordance therewith, it is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED: November  17 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge